Acknowledged.

This action is hereby dismissed with prejudice.

Date: _6/8/2020_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| CAROL BISINGER | ) | |
| | ) | |
| | ) | |
| PLAINTIFF | ) | |
| v. | ) | CASE NO. 4:20-cv-00043-SEB-DML |
| | ) | |
| | ) | |
| WALMART STORES EAST, LP | ) | |
| | ) | |
| | ) | |
| DEFENDANT | ) | |

## STIPULATION OF DISMISSAL

Plaintiff,  Carol Bisinger, and the Defendant, Wal-Mart Stores East, LP, by counsel, hereby advise the Court that the parties have reached an agreement concerning the claims of the Plaintiff against Defendant, and the Court having fully considered the same;

**IT IS HEREBY ORDERED AND ADJUDGED** that all of Plaintiff's claims against Defendant are dismissed with prejudice. Each party shall bear its/her own costs and attorneys' fees.

**HAVE SEEN AND AGREED TO:**


/s/ Brandon W. Smith  w/ permission
Brandon W. Smith
Morgan & Morgan
611 East Spring Street
New Albany, IN 47150
brandonsmith@forthepeople.com
*Counsel for Plaintiff*



/s/ Emily C. Lamb_____
Jennifer Kincaid Adams
Emily Lamb
Blackburn Domene & Burchett
614 W. Main Street, #3000
Louisville, KY  40202
*Counsel for Defendant*